IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK D. FISCHER, on behalf of himself and all others similarly situated, : : : | |
| Plaintiff, : : | |
| v. : | CASE NO. 2:19-cv-06051 |
| : : | |
| CERTAINTEED CORPORATION : : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mark D. Fischer, and Defendant, CertainTeed LLC,[1] erroneously named herein as "CertainTeed Corporation," through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Gerald Lawrence* | */s/ Leah Greenberg Katz* |
| Gerald Lawrence, Esquire (PA 69079) | Robert L. Hickok (PA 30101) |
| Laura K. Mummert (PA 85964) | Leah Greenberg Katz (PA 307413) |
| William J. Olson (PA 322948) | PEPPER HAMILTON LLP |
| LOWERY DANNENBERG, P.C. | 3000 Two Logan Square |
| One Tower Bridge | Eighteenth & Arch Streets |
| 100 Front Street, Suite 520 | Philadelphia, PA 19103-2799 |
| West Conshohocken, PA 19428 | 215.981.4000 |
| 215.399.4770 | *Attorneys for Defendant CertainTeed LLC* |
| *Attorneys for Plaintiff Mark D. Fischer* | |
| | Dated: May 1, 2020 |
| Dated: May 1, 2020 | |

**APPROVED BY:**

*/s/ Nitza I. Quiñones Alejandro*             5/1/2020
**Nitza I. Quiñones Alejandro**                **Date**
**United States District Judge**

---

[1] CertainTeed LLC is a Delaware limited liability company, successor to certain assets and liabilities, including any liabilities arising from the claims asserted in this action against an entity that no longer exists named "CertainTeed Corporation," formerly a Delaware corporation.